# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO. 6:07-CR-48-ORL-19DAB

QUINTA K. WRIGHT

## ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 65, filed May 16, 2007) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 65) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Quinta K. Wright has entered a plea of guilty to Count Two of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count Two of the Indictment.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 57, filed May 11, 2007) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   25th   day of May, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy